154 A.3d 696

JAI SAI RAM, LLC, A LIMITED LIABILITY COMPANY OF THE STATE OF NEW JERSEY, AND SUNIL DHIR, PLAINTIFFS-PETITIONERS, v. THE PLANNING/ZONING BOARD OF THE BOROUGH OF SOUTH TOMS RIVER AND WAWA, INC., DEFENDANTS-RESPONDENTS.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002075-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.